Certificate Number: 03621-TNW-DE-037241159

Bankruptcy Case Number: 23-10209



03621-TNW-DE-037241159

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 7, 2023</u>, at <u>8:05</u> o'clock <u>PM EST</u>, <u>Jason Prietz</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Tennessee</u>.

Date:   <u>March 7, 2023</u>          By:     <u>/s/Lashonda Collins</u>

                                Name:   <u>Lashonda Collins</u>

                                Title:   <u>Credit Counselor</u>